## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVIN BAISDEN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 06-304 |
| | : |
| SHERIDAN NISSAN, | : |
| | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Megan T. Mantzavinos, Esquire as attorney for Defendant. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

 

                                                   */s/ Megan T. Mantzavinos*
                                                   Megan T. Mantzavinos, Esquire/ID No. 3802
                                                   Marks, O'Neill, O'Brien & Courtney, P.C.
                                                   913 North Market Street, #800
                                                   Wilmington, DE 19801
                                                   (302) 658-6538
                                                   *Attorney for Defendant*

DATED: May 25, 2006

DE058367.1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVIN BAISDEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-304 |
| | : | |
| SHERIDAN NISSAN, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, hereby certify that on **May 25, 2006,** I electronically filed **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: **Timothy J. Wilson, Esquire.**

        */s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire/ID No. 3802
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DE058379.1