IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| **MELVIN BAISDEN** | * |
| Plaintiff, | * |
| vs. | * C.A. CASE NO.: 06-304 |
| **SHERIDAN NISSAN, INC.** | * |
| Defendant | * |

## STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

TO THE CLERK:

\_\_\_\_ It is hereby stipulated and agreed between the parties that the Defendant, Sheridan Nissan, Inc, herein has an extension until September 22, 2006 in which to file a responsive pleading to the Plaintiff's Complaint.

Timothy Wilson, Esquire
Attorney for Plaintiff
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
fax) (302) 777-4682
email: twilson@margolisedelstein.com

Elizabeth F. Walker, Esquire
Attorney for Defendant
CAMPBELL, WALKER & STOKES
1818 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 430-6386
(fax) 913-498-5547
email:  Elizabeth.walker@uug.com

*[signature]*
Megan Trocki Mantzavinos
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
(302) 658-6537 (fax)
Email: mmantzavinos@mooclaw.com

APPROVED BY THE COURT:

_____
                                    J.