IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVIN BAISDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-304 (GMS) |
| v. | ) | |
| | ) | |
| SHERIDAN NISSAN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

Please take notice that the undersigned did hereby file via electronic filing and forward copies of Plaintiff's First Set of Request for Production of Documents and Things on this 5th day of June, 2007 to the following:

Megan Mantzavinos, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801

MARTIN & WILSON, P.A.

TIMOTHY J. WILSON, ESQ.
DE Bar I.D. No.: 4323
1509 Gilpin Ave.
Wilmington, DE 19806
(302) 777-4681
E-mail: wilson@martinandwilson.com
Attorney for Plaintiff