IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVIN BAISDEN, | ) |
|         Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 06-304 (GMS) |
| SHERIDAN NISSAN, | ) ) ) ) |
|         Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that two (2) true and correct copies of the foregoing *Plaintiff's First Set of Interrogatories Directed to Defendant and Plaintiff's First Requests for Admissions* were Efiled via CM/ECF and transmitted via facsimile, and sent via U.S. Postal Service, first class postage prepaid on June 29 2007, to the following:

Megan Mantzavinos, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801
(302) 658-6537 facsimile
mmantzavinos@mooclaw.com

MARTIN & WILSON, P.A.

/s/ Timothy J. Wilson
Timothy J. Wilson, (# 4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4681
(303) 777-5803 fax
*Attorney for Plaintiff*

Dated:  June 27, 2007

13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVIN BAISDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-304 (GMS) |
| | ) | |
| SHERIDAN NISSAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) true and correct copies of the foregoing *Plaintiff's First Set of Interrogatories Directed to Defendant* were Efiled via CM/ECF and transmitted via facsimile, and sent via U.S. Postal Service, first class postage prepaid on June 29 2007, to the following:

Megan Mantzavinos, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801
(302) 658-6537 facsimile
mmantzavinos@mooclaw.com

MARTIN & WILSON, P.A.

/s/ Timothy J. Wilson

Timothy J. Wilson, (# 4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4681
(302) 777-5803 fax
*Attorney for Plaintiff*

Dated: June 27, 2007