IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MELVIN BAISDEN,<br>Plaintiff,<br>vs.<br>SHERIDAN NISSAN,<br>Defendant. | *<br>*<br>*<br>*<br>* CASE NO. 06-304(GMS)<br>*<br>* |

To:   Melvin Baisden, Plaintiff c/o
      Timothy Wilson, Esquire
      1508 Pennsylvania Ave.
      Wilmington, DE 19806

## NOTICE TO TAKE VIDEOTAPE DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the videotape deposition of William I. Blessing on July 19, 2007 beginning at 10:00 a.m. at the Offices of MARTIN & WILSON, 1508 Pennsylvania Avenue Wilmington, DE 19806 before an officer authorized by law to administer oaths and will continue from day to day thereafter until completed. Pursuant to Rule 30(b)(2) you are hereby notified that the deposition will be records by sound and visual recording as well as stenographically by a qualified court reporter

You are requested to attend and bring with you the following:

All documents referred to in Plaintiff's Self Executing Disclosure and all documents evidencing Plaintiff's claim for damages.

_____
Elizabeth F. Walker, Esquire
Attorney for Defendant,
Sheridan Nissan
KENNEDY, LIPSKI & McDADE
1818 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 430-6386
fax (215) 430-6351
e-mail beth.walker@zurichna.com

_Megan Mantzavinos_ (signature)
Megan Trocki Mantzavinos
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
(302) 658-6537 (fax)
Email: mmantzavinos@mooclaw.com

cc: ERSA Court Reporters