IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MELVIN BAISDEN<br><br>V.<br><br>SHERIDAN NISSAN | CIVIL ACTION NO.: 06 -CV-304 |

## NOTICE OF SERVICE

The undersigned hereby certifies that two (2) true and correct copies of *Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and Things* were E-Filed via CM/ECF and sent via U.S. Postal Service, first class postage prepaid on July 10, 2007, to the following:

Timothy J. Wilson, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

_____
Elizabeth F. Walker, Esquire
*Attorney for Defendant, Sheridan Nissan*
**CAMPBELL, WALKER & STOKES**
1818 Market Street, Suite 2510
Philadelphia, PA 19193
(215) 430-6386
Fax: (913) 498-5547
Email: Elizabeth.Walker@uug.com

{DE085881.1}

_____
Megan Trocki Mantzavinos, Esquire
*Attorney for Defendant, Sheridan Nissan*
**Marks, O'Neill, O'Brien & Courtney, P.C.**
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
(302) 658-6537 (fax)
Email: mmantzavinos@mooclaw.com

Dated: July 10, 2007

{DE085881.1}