IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

AUG 15 2007

| | |
|---|---|
| **MELVIN BAISDEN** | * |
| Plaintiff, | * |
| vs. | * C.A. CASE NO.: 06-304 |
| **SHERIDAN NISSAN, INC.** | * |
| Defendant | * |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above captioned action is hereby dismissed, with prejudice. Each party shall bear its own costs and attorneys fees.

_____
Timothy Wilson, Esquire
Attorney for Plaintiff
MARTIN & WILSON
1508 Pennsylvania Ave.
Wilmington, DE 19806
302) 777-4681
(302) 777-4682 (fax)
Email: twilson@martinandwilson.com

_____
Elizabeth F. Walker, Esquire
Attorney for Defendant
KENNEDY, LIPSKI & McDADE
1818 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 430-6386
(215) 430-6351 (fax)
Email: beth.walker@zurichna.com

/s/ Megan Mantzavinos
Megan Trocki Mantzavinos (DE ID #3802)
Attorney for Defendant
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
(302) 658-6537 (fax)
Email: mmantzavinos@mooclaw.com


APPROVED BY THE COURT:


_____
The Honorable Gregory M. Sleet, District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVIN BAISDEN, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 06-304 |
| SHERIDAN NISSAN, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, hereby certify that on **August 20, 2007,** I electronically filed **Stipulation and Order of Dismissal** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: **Timothy J. Wilson, Esquire.**

       */s/ Megan T. Mantzavinos*
       Megan T. Mantzavinos, Esquire/ID No. 3802
       Marks, O'Neill, O'Brien & Courtney, P.C.
       913 North Market Street, #800
       Wilmington, DE 19801
       (302) 658-6538
       *Attorney for Defendant*

DE089138.1